# IN THE SUPREME COURT OF THE STATE OF NEVADA

CESAR EDUARDO ROMERO-MANZO,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 73505

**FILED**

SEP 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on December 15, 2016. Appellant did not file the notice of appeal, however, until July 10, 2017, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Chief Judge, The Second Judicial District Court
        Cesar Eduardo Romero-Manzo
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-31359